AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>OSCAR MARADIAGA<br><br>*Defendant(s)* | )<br>)<br>) Case No. 13-8308-DLB<br>)<br>)<br>) |

FILED by _____ D.C.
JUN 19 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 18, 2013** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §1326(a) | Previously deported alien found in the United States |

This criminal complaint is based on these facts:

See attached affidavit.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

HSI Special Agent Wilson Pellot
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-19-2013

_____
*Judge's signature*

City and state: West Palm Beach, Florida

Magistrate Judge Dave Lee Brannon
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Wilson Pellot, being duly sworn, hereby depose and say:

1. I am a Special Agent (SA) with the United States Department of Homeland Security, Homeland Security Investigations. I have twenty seven (27) years experience in the enforcement of immigration laws of the United States. During the course of my law enforcement employment, I have been involved in various types of criminal investigations including but not limited to drug trafficking, alien smuggling and immigration related fraud.

2. The facts set forth below are based upon my knowledge and personal observations, as well as information and documents provided to me in my official capacity. Because this affidavit is submitted for the limited purpose of showing probable cause for a complaint, I have not included details of every aspect of this investigation.

3. On February of 2009, the Office of the Resident Agent in Charge (RAC) in West Palm Beach opened an alien smuggling investigation on a national of Honduras identified as Oscar Armando MARADIAGA (02161975) as a subject of interest.

4. On or about March 15, 2010, Oscar Armando MARADIAGA was arrested and detained at the Martin County Jail, located in the Southern District of Florida. Immigration checks revealed that MARADIAGA had an alien number (A079 398 894) and that he been arrested and removed from the United States on multiple occasions.

5. On March 19, 2010, the official alien file containing the alien number, multiple pictures and fingerprints of Oscar Armando MARADIAGA was received and examined. MARADIAGA'S alien file reflected that he had been removed or deported from the United States five (5) times.

6. Further review of the alien file assigned to Oscar Armando MARADIAGA

-1-

confirmed that on April 5, 2002, MARADIAGA was convicted for the felony charge of Deriving Support From Proceeds of Prostitution and Engaging in Prostitution in Case No. 2001-CF-677 originating out of the Circuit Court of the Nineteenth Judicial Circuit, in Okeechobee County, Florida.

7. On March 25, 2010, in Martin County, Southern District of Florida, MARADIAGA was criminally charged for Violation of Title 8 U.S.C. 1326(a) (removed alien found in the US) in Case No. 2:10-14033-CR-GRAHAM-1.

8. On September 3, 2010, MARADIAGA was sentenced to twenty three (23) months imprisonment and two years supervised release. On February 13, 2012, MARADIAGA was deported from the United States to Honduras through Atlanta, Georgia.

9. On June 3, 2013, the Office of the Assistant Agent in Charge (ASAC) in West Palm Beach, Florida, received information from an anonymous source indicating that MARADIAGA had re-entered the U.S. and that MARADIAGA was residing at 3550 Almar Road, in Lake Worth, Florida.

10. On June 18, 2013, Special Agents from the ASAC West Palm Beach established surveillance at 3550 Almar Road and observed MARADIAGA arriving at the aforementioned address in a gray BMW bearing Florida license plate 373 YDQ. Agents approached MARADIAGA and identified themselves as Federal Agents charged with enforcing the Immigration Laws of the United States. The Agents proceeded to ask MARADIAGA as to his identity and citizenship. The defendant freely admitted to being Oscar Armando MARADIAGA, a citizen and national of Honduras and that he did not possess any Immigration documents issued by the United States. In addition,

MARADIAGA uttered that he was aware that he could not enter the United States and that he had been maintaining a low profile in the community in order to avoid being arrested.

11. MARADIAGA was advised of his MIRANDA Rights and transported to the ASAC West Palm Beach, for processing. During administrative processing, fingerprints and a photograph was taken and entered into the Integrated Automated Fingerprint Identification System (IAFIS). The system confirmed the identity of Oscar Armando MARADIAGA. IAFIS provided information from each immigration arrest to include photographs of the defendant at the time of arrest. IAFIS also provided information on each criminal arrest.

12. Based upon the foregoing there is probable cause to believe that on or about June 18, 2013, in Palm Beach County, Southern District of Florida, Oscar Armando MARADIAGA was found in the United States knowingly and unlawfully,

without express consent or permission of the Attorney General or the Secretary of Homeland Security of the United States, in violation of Title 8, United States Code, Section 1326 (a).

    FURTHER AFFIANT SAYETH NAUGHT.

_____
**Wilson Pellot**
**Special Agent**
**Department of Homeland Security**
**Homeland Security Investigations**

Subscribed and sworn to before me
on this 19th day of June, 2013.

_____
**DAVE LEE BRANNON**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.   13-8308-DLB

**UNITED STATES OF AMERICA**

vs.

**OSCAR MARADIAGA**
        **Defendant.**
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

BY:  _____
          LAUREN E. JORGENSEN
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No./Court No. 726885
          500 S. Australian Ave, Ste. 400
          West Palm Beach, Florida  33401
          TEL (561) 820-8711
          FAX (561) 820-8777